

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HANIYYAH N. ALI, R.W.A, )
PRESIDENT BARCK H.OBAMA )
FIRST LADY MRS. MICHELLE OBAMA )
509 E. 88th Place
Chicago, IL 60619
773-793-3822 or 773-952-6594
)
      VS. ) NO._____
PRESIDENT BARCK H.OBAMA )
FIRST LADY MRS. MICHELLE OBAMA ) 12cv4794
THE WHITE HOUSE STAFF & ) Judge Feinerman
SHAREHOLDERS OF THE WHITE HOUSE) Mag. Judge Schenkier
1600 PENSYLVANIA AVE NW )
WASHINGTON D.C. 20500

# COMPLAINT

1. The Plaintiff HaNiyyah Ali alleges the following: This action seeks injunctive relief and monetary relief from the defendant in the amount of $100,000,000.00.

2. Injunctive relief filing will follow this litigation to ensure and acquire a specific understanding. By utilizing her own Human Instinct and real life applications of theory and knowledge relative to the accusations, Plaintiff states that Sabotage from within, and Negligence was prevalent due to the Targeting of Muslims one whom is a minor. Electronic Harassment otherwise classified as *Witch Hunting,* Cyber-bullying/Cyber-Stalking, and Gang-stalking/ Stalking, Invasion of Privacy/physical body and mind(Intrusion and Privacy Tort for physical and emotional harm), as well as harassment and Intrusion in a concerted effort to create a setup and done in a covert manner solely for the purpose of causing mental anguish, psychological disability creating dissonance with malicious intent in a concerted effort with other Psy-Ops, defendant chose to hurt, hinder and destroy Plaintiff's reputation **to Protect rituals of old-** unwittingly causing additional anxiety as Plaintiff currently suffers from Stress Disorder and has consistently tried to understand specifics relative to what has taken place.

3. Furthermore, Plaintiff alleges *Religious Discrimination* under Title VII as she is of the Islamic faith and has been for the entirety of her life. Intentional Blocking done in an effort to hinder communication or create mis-communication defendant did not provide Plaintiff with specified reasoning nor inform Plaintiff verbally, or through written correspondence as to why and instead purposefully tortured and clouded judgment utilizing passivity zaps, zombie zaps, tired zaps, emotionless zaps and SSSS technology(affecting and disabling the frontal lobe of the brain). Plaintiff is willing to testify before congress as necessary and will write a request regarding the specified act Plaintiff further requests amending this complaint through necessary modifications

as are allowed within a 3-5 week timeframe. Public and Private Nuisance, Tort for physical and emotional harm violation of Privacy Tort Law.

Respectfully submitted
This 14th day of June 2012

*Hahinyyah h. ali*

Plaintiff Demands Jury Trial on all issues ( Pro Se ) until Further Notice of signature *Hahniyyh Ali*
President Barack H. Obama
**39 40** **41 42 43 44**