# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Gary Feinerman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 4794 | **DATE** | 7/3/2012 |
| **CASE TITLE** | Ali vs. Obama, et al. | | |

**DOCKET ENTRY TEXT**

This case is dismissed as frivolous. Enter judgment order. Motion for appointment of counsel [4] is denied without prejudice. Civil case closed.

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

## STATEMENT

The complaint alleges that the President of the United States, the First Lady of the United States, unnamed White House staff, and "Shareholders of the White House" committed various wrongs against Plaintiff. Illustrative examples of the alleged wrongs are cyber-bullying; psy-ops; and utilizing passivity zaps, zombie zaps, tired zaps, emotionless zaps and SSSS technology. Plaintiff seeks $100 million in damages. The complaint is too frivolous to invoke the court's subject matter jurisdiction. See Blake-Bey v. Cook Cnty., 438 F. App'x 522 (7th Cir. 2011). The case therefore is dismissed; the court will not waste Plaintiff's or its own time by requiring Plaintiff to file an in forma pauperis application or pay the $350 filing fee, and then dismissing the suit on this ground.

Courtroom Deputy Initials: JD